# LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | 137 Fifth Avenue |
| SUITE 404 | 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, New York 10010 |
| Ph (516) 415-0100 | |
| Fx (516) 706-6631 | |

The Honorable Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  Jay Winegard v. Yamaha Motor Corporation, U.S.A.
    <u>No. 1:20-cv-053151 (NGG) (JRC)</u>

Dear Magistrate Judge James R. Cho:

    I write on behalf of the Plaintiff, Jay Winegard ("Plaintiff")[1] and with the consent of counsel for Defendant, Yamaha Motor Corporation, U.S.A. ("Defendant"), to notify the Court that the parties have reached an agreement in principle to resolve this case, subject to execution of a written settlement agreement.

    We respectfully request that the Court stay Defendant's motion deadlines, to allow the parties to finalize their settlement agreement, or dismiss this matter with leave for either party to reopen the case should the parties not finalize their settlement within 45 days. Thank you.

                                          Respectfully submitted,

                                          */s/ Mitchell Segal*

                                          _____
                                          Mitchell Segal

---