UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------X

JAY WINEGARD, on behalf of himself
and all others similarly situated,

                        Plaintiff,

          v.

YAMAHA MOTOR CORPORATION, U.S.A.
d/b/a YAMAHABOATS.COM,

                        Defendant.

--------------------------------------------------X

Case No.: 1:20-cv-05315-NGG-JRC

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
§ 41(a)(1)(A)(i)

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jay Winegard, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, YAMAHA MOTOR CORPORATION, U.S.A. d/b/a YAMAHABOATS.COM, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Manhasset, New York
        September 7, 2021

                                              /s/ Mitchell Segal

                                              Mitchell Segal, Esq.
                                              Law Offices of Mitchell Segal P.C.

**So Ordered.**
  /s/(NGG)

Hon. Nicholas G. Garaufis
Date: 9/8/21

                                              Attorney for Plaintiff
                                              1129 Northern Boulevard, Suite 404
                                              Manhasset, NY 11030
                                              (516) 415-0100